# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| KENNADIE GRACE WILCOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| vs. ) | 2:19-cv-00650-RAH-KFP |
| ) | |
| ANDALUSIA CITY SCHOOLS ) | |
| BOARD OF EDUCATION, ) | |
| DANIEL SHAKESPEARE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

COME NOW the Plaintiff and the Defendants and notify the Court that a settlement agreement was reached, resolving all claims asserted in this action, including all pending motions. The Court retains jurisdiction of this matter until payment of the settlement funds by Defendants, at which time the parties will file a Stipulation of Dismissal.

**Plaintiff Kennadie Grace Wilcox**

*/s/ Brandy M. Lee (with permission)*
Brandy M. Lee, Esq.
LEE LAW FIRM, LLC
403 Ninth Avenue
Jasper, Alabama 35501

Together with:

Susan N. Han, Esq.
NETTLES HAN LAW, LLC
2100 First Avenue North, Ste 600
Birmingham, Alabama 35203

**Defendants Andalusia City Board of Education and Dr. Daniel Shakespeare**

*/s/ Mark S. Boardman*
Mark S. Boardman, Esq.
Katherine H. Watkins, Esq.
BOARDMAN, CARR, PETELOS,
WATKINS, OGLE & HOWARD, P.C.
400 Boardman Drive
Chelsea, Alabama 35043

Joshua Stemle, Esq.
STOKES STEMLE
445 Dexter Avenue, Ste 4050
Montgomery, Alabama 36104