IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNADIE GRACE WILCOX,**   )<br>                              )<br>       **Plaintiff,**          )<br>                              )<br>vs.                           )<br>                              )<br>**ANDALUSIA CITY SCHOOLS**    )<br>**BOARD OF EDUCATION,**       )<br>**DANIEL SHAKESPEARE,**       )<br>                              )<br>       **Defendants.**         ) | **CIVIL ACTION NO:**<br>**2:19-cv-00650-RAH-KFP** |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and the Defendants and stipulate to the dismissal of all claims asserted in this action, including all pending motions, and this lawsuit, with prejudice, costs taxed as paid. This Stipulation is evidence of a complete conclusion of this litigation and every matter ancillary to it.

| **Plaintiff Kennadie Grace Wilcox** | **Defendants Andalusia City Board of Education and Dr. Daniel Shakespeare** |
|---|---|
| By: */s/ Brandy M. Lee (by permission)*<br>   Brandy M. Lee, Esq.<br>   LEE LAW FIRM, LLC<br>   403 Ninth Avenue<br>   Jasper, Alabama 35501 | By: */s/ Mark S. Boardman*<br>   Mark S. Boardman, Esq.<br>   Katherine H. Watkins, Esq.<br>   BOARDMAN, CARR, PETELOS,<br>   WATKINS, OGLE & HOWARD, P.C.<br>   400 Boardman Drive<br>   Chelsea, Alabama 35043 |
| Together with:<br><br>   Susan N. Han, Esq.<br>   NETTLES HAN LAW, LLC<br>   2100 First Avenue North, Ste 600<br>   Birmingham, Alabama 35203 | |

Joshua Stemle, Esq.
STOKES STEMLE
445 Dexter Avenue, Ste 4050
Montgomery, Alabama 36104