IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNADIE GRACE WILCOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:19-cv-650-RAH |
| ANDALUSIA CITY SCHOOLS | ) | |
| BOARD OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the parties' *Stipulation of Dismissal* (doc. 277) filed on March 15, 2024, which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED** that this action is **DISMISSED with prejudice** on the terms agreed to and set out by the parties.

All pending deadlines are terminated.  The Clerk of the Court is **DIRECTED** to close the case.

**DONE** on this the 15th day of March 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1